## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS JOHNSON, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY )<br>ASSOCIATES, LLC, )<br>)<br>Defendant )<br>)<br>) | **Case No.: 3:12-cv-01649** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: February 11, 2013

BY:/s/Angela K. Troccoli
Angela K. Troccoli, Esquire
Id# ct28597
Kimmel & Silverman, P.C.
*The New England Office*
136 Main Street, Suite 301
Danielson, CT 06239
Phone: (860) 866-4380
Facsimile: (860) 263-0919
Email: atroccoli@creditlaw.com
Attorney for Plaintiff